# COMPLAINT - EXHIBIT 2

**Pending EEOC Charge of Discrimination**

SABRINA JOHNSON-NIXON v. BRUNSWICK HOUSING AUTHORITY, CITY OF BRUNSWICK, the CITY OF BRUNSWICK, GEORGIA, WILLIAM L. BAKER, individually, WILLIAM KITTS, individually, REGINA M. MCDUFFIE, individually, JAIMMIE HOWES, individually, CHESTER DOBSON, individually, and KAMAU DICKERSON, individually

U.S.D.C.S.D. Ga.

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA  ☒ EEOC | 415-2023-005100 |

_____ and EEOC
State or local Agency, if any

| Name (Indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Sabrina Johnson-Nixon [prina14@bellsouth.net] | (912) 230-0360 | 03/14/1967 |

Street Address: 123 Harbor Pointe Drive, Brunswick, Georgia 31523  City, State and ZIP Code: [William Baker, Interim Executive Director - wbaker@brunswickpha.org]

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two are named, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Incl. Area Code) |
|---|---|---|
| Brunswick Housing Authority | > 50 | (912) 265-1334 |

Street Address: 1126 Albany Street, Brunswick, Georgia 31520

| Name | No. Employees, Members | Phone No. (Incl. Area Code) |
|---|---|---|
| City of Brunswick Georgia | >500 | (912) 267-5500 |

Street Address: 601 Gloucester Street, Brunswick, Georgia 31520  [Regina M. McDuffie, City Manager - rmcduffie@cityofbrunswick-ga.gov]

DISCRIMINATION BASED ON (Check appropriate box(es).)

☒ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☒ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest                Latest

☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

On July 30, 2022, I was introduced to Brunswick Housing Authority Interim Executive Director William Baker who requested my resume. I discussed my qualifications for and interest in the position of Assistant Executive Director with Mr. Baker, BHA Board Chair William Kitts and BHA Board member Vincent Williams on July 5, 2022. On July 7, 2022, I interviewed for the position with Mr. Baker, Human Resources Director Jaimmie Howes and BHA Board member Pamala Bailey. At this meeting, Mr. Baker offered me the job. The job was conditioned upon successful completion of a background check, motor vehicle driving report and a drug test, all of which were completed successfully. I met with Mr. Baker on July 18, 2022 to review work I had been performing for him. Upon meeting with Mr. Baker that day, he became irate, yelling and screaming at me inches from my face. He demanded that I move to another position, Director of Residential Services. Mr. Baker further demanded that I leave his office and I did so. I contacted BHA board members and BHA attorneys who instructed me not to report to work again until they addressed the matter. On July 21, 2022, I received a certified letter from the HR Director informing me that after determination of "a relevant portion of [my] background," I was qualified only for the position of Resident Services Director. Upon my request, BHA could provide no job description for the position. Mr. Baker and BHA became aware that I had filed suit against a former employer for race discrimination in violation of the Civil Rights Act of 1964 and this was the reason my employment was terminated and the reason further employment with the BHA was withdrawn and denied. My then present employer, the City of Brunswick, participated with the BHA in terminating my employment with BHA and in denying further employment with the BHA. The BHA, the City of Brunswick and related individuals discriminated against me and related individuals discriminated against me because I participated in a proceeding in violation of the Civil Rights Act of 1964 and 42 U.S.C. Section 1981.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

1/6/2023
Date        Charging Party Signature

NOTARY – When necessary for State or Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)

U.S. EEOC Savannah Local Office
Received: January 9, 2023