IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| SABRINA JOHNSON-NIXON, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * Case Number: 2:23-cv-00084 |
| | * |
| BRUNSWICK HOUSING AUTHORITY, | * |
| CITY OF BRUNSWICK, the CITY OF | * |
| BRUNSWICK, GEORGIA, WILLIAM L. | * |
| BAKER, individually, WILLIAM KITTS, | * |
| individually, REGINA M. MCDUFFIE, | * |
| individually, JAIMMIE HOWES, | * |
| individually, CHESTER DOBSON, | * |
| individually, KAMAU DICKERSON, | * |
| individually, | * |
| | * |
| Defendants | * |

## ANSWER AND DEFENSES OF DEFENDANTS
## CITY OF BRUNSWICK, GEORGIA AND
## REGINA M. McDUFFIE TO PLAINTIFF'S AMENDED COMPLAINT

COME NOW the City of Brunswick, Georgia and Regina M. McDuffie, and file this their Answer and Defenses to plaintiff's Amended Complaint, and show the Court, as follows:

### FIRST DEFENSE

The allegations of plaintiff's Amended Complaint fail to state a claim upon which relief may be granted against these defendants.

### SECOND DEFENSE

Neither of these defendants was the plaintiff's employer under the facts of this case.

### THIRD DEFENSE

To the extent that plaintiff's charge of discrimination filed with the EEOC was deficient, plaintiff's claims are barred. Further, as plaintiff's Charge of Discrimination was never served upon defendant City of Brunswick by the EEOC at any time, any Title VII claims are barred.

**FOURTH DEFENSE**

Regina McDuffie was not the plaintiff's employer.

**FIFTH DEFENSE**

At the time of the events complained of in this action, the City of Brunswick, Georgia was not plaintiff's employer due to her voluntary resignation.

**SIXTH DEFENSE**

These defendants did not conspire with anyone with respect to plaintiff.

**SEVENTH DEFENSE**

Plaintiff's claims may be barred by the intracorporate conspiracy doctrine.

**EIGHTH DEFENSE**

Defendant City of Brunswick, Georgia cannot be liable because plaintiff has not identified a policy, practice, or custom of defendant which led to the violation of plaintiff's constitutional rights.

**NINTH DEFENSE**

Plaintiff is not entitled to injunctive relief in this matter.

**TENTH DEFENSE**

Plaintiff is not entitled to a declaratory judgment in this action.

**ELEVENTH DEFENSE**

Defendant McDuffie is entitled to qualified immunity from suit.

## TWELFTH DEFENSE

Plaintiff's claims are barred or reduced by any failure to mitigate damages.

## THIRTEENTH DEFENSE

Any recovery by plaintiff may be barred or limited by the after acquired evidence doctrine.

## FOURTEENTH DEFENSE

Responding to the individually numbered paragraphs of the plaintiff's Amended Complaint, these defendants respond, as follows:

### Introduction

1. The allegations in paragraph 1 of plaintiff's Amended Complaint are denied.

2. With regard to the allegations in paragraph 2 of plaintiff's Amended Complaint these defendants are without sufficient information or knowledge to admit or deny the allegations in the first sentence of paragraph 2. The remainder of the allegations in paragraph 2 of plaintiff's Amended Complaint are denied.

3. The allegations in paragraph 3 of plaintiff's Amended Complaint are denied.

### Jurisdiction and Venue

4. With regard to the allegations in paragraph 4 of plaintiff's Amended Complaint, these defendants admit that personal jurisdiction and venue are proper in this Court.

5. With regard to the allegations in paragraph 5 of plaintiff's Amended Complaint, these defendants agree that venue is proper in this Court.

6. These defendants are without sufficient information or knowledge to admit or deny the allegations in paragraph 6 of plaintiff's Amended Complaint.

7. The allegations in paragraph 7 of plaintiff's Amended Complaint are denied.

Parties

8. These defendants admit that plaintiff is a black, African American citizen of the United States, but are without sufficient information or knowledge to admit or deny the remaining allegations in paragraph 8 of plaintiff's Amended Complaint.

9. With regard to the allegations in paragraph 9 of plaintiff's Amended Complaint, these defendants admit such allegations only to the extent made against the City of Brunswick, Georgia. With regard to the remaining allegations in paragraph 9 of plaintiff's Amended Complaint, these defendants are without sufficient information or knowledge to admit or deny such allegations.

10. With regard to the allegations in paragraph 10 of plaintiff's Amended Complaint, these defendants deny that anything stated therein establishes liability against these defendants. With regard to the remaining allegations in paragraph 10 of plaintiff's Amended Complaint, these defendants are without sufficient information or knowledge to specifically admit or deny such allegations.

11. With regard to the allegations in paragraph 11 of plaintiff's Amended Complaint, these defendants admit only that defendant McDuffie served as City Manager of the City of Brunswick, Georgia. The remaining allegations in paragraph 11 of plaintiff's Amended Complaint are denied.

12. These defendants are without sufficient information or knowledge to admit or deny the allegations in paragraph 12 of plaintiff's Amended Complaint.

13. These defendants are without sufficient information or knowledge to admit or deny the allegations in paragraph 13 of plaintiff's Amended Complaint.

14. These defendants are without sufficient information or knowledge to admit or deny the allegations in paragraph 14 of plaintiff's Amended Complaint.

Statement of Facts

15. These defendants are without sufficient information or knowledge to admit or deny the allegations in paragraph 15 of plaintiff's Amended Complaint.

16. The allegations in paragraph 16 of plaintiff's Amended Complaint are denied, as worded. Rather, plaintiff resigned from the City of Brunswick on July18, 2022.

17. These defendants are without sufficient information or knowledge to admit or deny the allegations in paragraph 17 of plaintiff's Amended Complaint.

18. These defendants are without sufficient information or knowledge to admit or deny the allegations in paragraph 18 of plaintiff's Amended Complaint.

19. These defendants are without sufficient information or knowledge to admit or deny the allegations in paragraph 19 of plaintiff's Amended Complaint.

20. These defendants are without sufficient information or knowledge to admit or deny the allegations in paragraph 20 of plaintiff's Amended Complaint.

21. These defendants are without sufficient information or knowledge to admit or deny the allegations in paragraph 21 of plaintiff's Amended Complaint.

22. These defendants are without sufficient information or knowledge to admit or deny the allegations in paragraph 22 of plaintiff's Amended Complaint.

23. These defendants are without sufficient information or knowledge to admit or deny the allegations in paragraph 23 of plaintiff's Amended Complaint.

24. These defendants are without sufficient information or knowledge to admit or deny the allegations in paragraph 24 of plaintiff's Amended Complaint.

25. These defendants are without sufficient information or knowledge to admit or deny the allegations in paragraph 25 of plaintiff's Amended Complaint.

26. These defendants are without sufficient information or knowledge to admit or deny the allegations in paragraph 26 of plaintiff's Amended Complaint.

27. The allegations in paragraph 27 of plaintiff's Amended Complaint are denied.

28. These defendants are without sufficient information or knowledge to admit or deny the allegations in paragraph 28 of plaintiff's Amended Complaint.

29. These defendants are without sufficient information or knowledge to admit or deny the allegations in paragraph 29 of plaintiff's Amended Complaint.

30. These defendants are without sufficient information or knowledge to admit or deny the allegations in paragraph 30 of plaintiff's Amended Complaint.

31. These defendants are without sufficient information or knowledge to admit or deny the allegations in paragraph 31 of plaintiff's Amended Complaint.

32. These defendants are without sufficient information or knowledge to admit or deny the allegations in paragraph 32 of plaintiff's Amended Complaint.

33. These defendants are without sufficient information or knowledge to admit or deny the allegations in paragraph 33 of plaintiff's Amended Complaint.

34. These defendants are without sufficient information or knowledge to admit or deny the allegations in paragraph 34 of plaintiff's Amended Complaint.

35. These defendants are without sufficient information or knowledge to admit or deny the allegations in paragraph 35 of plaintiff's Amended Complaint.

36. These defendants are without sufficient information or knowledge to admit or deny the allegations in paragraph 36 of plaintiff's Amended Complaint.

37. These defendants are without sufficient information or knowledge to admit or deny the allegations in paragraph 37 of plaintiff's Amended Complaint.

38. These defendants are without sufficient information or knowledge to admit or deny the allegations in paragraph 38 of plaintiff's Amended Complaint.

39. These defendants are without sufficient information or knowledge to admit or deny the allegations in paragraph 39 of plaintiff's Amended Complaint.

40. These defendants are without sufficient information or knowledge to admit or deny the allegations in paragraph 40 of plaintiff's Amended Complaint.

41. These defendants are without sufficient information or knowledge to admit or deny the allegations in paragraph 41 of plaintiff's Amended Complaint.

42. These defendants are without sufficient information or knowledge to admit or deny the allegations in paragraph 42 of plaintiff's Amended Complaint.

43. These defendants are without sufficient information or knowledge to admit or deny the allegations in paragraph 43 of plaintiff's Amended Complaint.

44. These defendants are without sufficient information or knowledge to admit or deny the allegations in paragraph 44 of plaintiff's Amended Complaint.

45. These defendants are without sufficient information or knowledge to admit or deny the allegations in paragraph 45 of plaintiff's Amended Complaint.

46. These defendants are without sufficient information or knowledge to admit or deny the allegations in paragraph 46 of plaintiff's Amended Complaint.

47. These defendants are without sufficient information or knowledge to admit or deny the allegations in paragraph 47 of plaintiff's Amended Complaint.

48. The allegations in paragraph 48 of plaintiff's Amended Complaint are denied.

Count One
Civil Rights Acts of 1964 and 1866 - Retaliation for
Opposing Racially Discriminatory Employment
Practices and for Participating in a Proceeding

49. The allegations in paragraph 49 of plaintiff's Amended Complaint are denied, as worded.

50. These defendants are without sufficient information or knowledge to admit or deny the allegations in paragraph 50 of plaintiff's Amended Complaint.

51. The allegations in paragraph 51 of plaintiff's Amended Complaint are denied.

52. The allegations in paragraph 52 of plaintiff's Amended Complaint are denied.

53. These defendants are without sufficient information or knowledge to admit or deny the allegations in paragraph 53 of plaintiff's Amended Complaint.

54. These defendants are without sufficient information or knowledge to admit or deny the allegations in paragraph 54 of plaintiff's Amended Complaint.

55. The allegations in paragraph 55 of plaintiff's Amended Complaint are denied.

56. The allegations in paragraph 56 of plaintiff's Amended Complaint are denied.

57. The allegations in paragraph 57 of plaintiff's Amended Complaint are denied.

58. The allegations in paragraph 58 of plaintiff's Amended Complaint are denied.

59. The allegations in paragraph 59 of plaintiff's Amended Complaint are denied.

60. The allegations in paragraph 60 of plaintiff's Amended Complaint are denied.

61. The allegations in paragraph 61 of plaintiff's Amended Complaint are denied.

62. To the extent alleged against these defendants, the allegations in paragraph 62 of plaintiff's Amended Complaint are denied.

63. The allegations in paragraph 63 of plaintiff's Amended Complaint are denied.

64. To the extent alleged against these defendants, the allegations in paragraph 64 of plaintiff's Amended Complaint are denied.

65. With regard to the allegations in paragraph 65 of plaintiff's Amended Complaint defendants admit that the City and defendant McDuffie both acted under color of state law at all times, but deny that they are liable to plaintiff in any manner whatsoever.

66. The allegations in paragraph 66 of plaintiff's Amended Complaint are denied.

67. The allegations in paragraph 67 of plaintiff's Amended Complaint are denied.

## Count Two
## Civil Rights Act of 1871
## Conspiracy to Interfere with Civil Rights

68. The allegations in paragraph 68 of plaintiff's Amended Complaint are denied.

69. The allegations in paragraph 69 of plaintiff's Amended Complaint are denied.

70. The allegations in paragraph 70 of plaintiff's Amended Complaint are denied.

71. The allegations in paragraph 71 of plaintiff's Amended Complaint are denied.

72. The allegations in paragraph 72 of plaintiff's Amended Complaint are denied.

73. The allegations in paragraph 73 of plaintiff's Amended Complaint are denied.

74. The allegations in paragraph 74 of plaintiff's Amended Complaint are denied.

75. The allegations in paragraph 75 of plaintiff's Amended Complaint are denied.

76. The allegations in paragraph 76 of plaintiff's Amended Complaint are denied.

77. The allegations in paragraph 77 of plaintiff's Amended Complaint are denied.

78. The allegations in paragraph 78 of plaintiff's Amended Complaint are denied.

79. The allegations in paragraph 79 of plaintiff's Amended Complaint are denied.

## Count Three
## Civil Rights Act of 1871
## Neglect and Refusal to Prevent Interference
## with Civil Rights

80. The allegations in paragraph 80 of plaintiff's Amended Complaint are denied.

81. The allegations in paragraph 81 of plaintiff's Amended Complaint are denied.

82. The allegations in paragraph 82 of plaintiff's Amended Complaint are denied.

83. The allegations in paragraph 83 of plaintiff's Amended Complaint are denied.

84. The allegations in paragraph 84 of plaintiff's Amended Complaint are denied.

85. The allegations in paragraph 85 of plaintiff's Amended Complaint are denied.

86. The allegations in paragraph 86 of plaintiff's Amended Complaint are denied.

## Count Four
## Assault and Battery

87. These defendants are without sufficient information or knowledge to admit or deny the allegations in paragraph 87 of plaintiff's Amended Complaint.

88. These defendants are without sufficient information or knowledge to admit or deny the allegations in paragraph 88 of plaintiff's Amended Complaint.

89. These defendants are without sufficient information or knowledge to admit or deny the allegations in paragraph 89 of plaintiff's Amended Complaint.

90. With regard to the allegations in paragraph 90 of plaintiff's Amended Complaint, such allegations shall be governed by Georgia law.

91. These defendants are without sufficient information or knowledge to admit or deny the allegations in paragraph 91 of plaintiff's Amended Complaint.

Count Five
Civil Rights Act of 1964 and 1866
Racially and Retaliatory Hostile
Work Environment

92. These defendants are without sufficient information or knowledge to admit or deny the allegations in paragraph 92 of plaintiff's Amended Complaint.

93. These defendants are without sufficient information or knowledge to admit or deny the allegations in paragraph 93 of plaintiff's Amended Complaint.

94. These defendants are without sufficient information or knowledge to admit or deny the allegations in paragraph 94 of plaintiff's Amended Complaint.

95. These defendants are without sufficient information or knowledge to admit or deny the allegations in paragraph 95 of plaintiff's Amended Complaint.

96. These defendants are without sufficient information or knowledge to admit or deny the allegations in paragraph 96 of plaintiff's Amended Complaint.

97. These defendants are without sufficient information or knowledge to admit or deny the allegations in paragraph 97 of plaintiff's Amended Complaint.

98. These defendants are without sufficient information or knowledge to admit or deny the allegations in paragraph 98 of plaintiff's Amended Complaint.

Any allegations in plaintiff's Amended Complaint which have not specifically been admitted, denied, or otherwise responded to herein are hereby denied.

**WHEREFORE**, defendants pray as follows:

(a) That their Answer and Defenses be inquired into and sustained;

(b) That the plaintiff's Amended Complaint be dismissed, and that all relief requested therein be denied; and

(c) For any and all other relief the Court deems just or proper.

This 12th day of February, 2024.

/s/ Richard K. Strickland
Richard K. Strickland
Georgia State Bar Number: 687830[

/s/ Emily R. Hancock
Emily R. Hancock
Georgia State Bar Number: 115145\
BROWN, READDICK, BUMGARTNER,
CARTER, STRICKLAND & WATKINS, LLP
5 Glynn Avenue (31520)
Post Office Box 220
Brunswick, GA 31521
(912) 264-8544
(912) 264-9667 FAX
rstrickland@brbcsw.com
ehancock@brbcsw.com

**ATTORNEYS FOR DEFENDANTS CITY OF BRUNSWICK AND REGINA M. McDUFFIE**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| SABRINA JOHNSON-NIXON, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * Case Number: 2:23-cv-00084 |
| | * |
| BRUNSWICK HOUSING AUTHORITY, | * |
| CITY OF BRUNSWICK, the CITY OF | * |
| BRUNSWICK, GEORGIA, WILLIAM L. | * |
| BAKER, individually, WILLIAM KITTS, | * |
| individually, REGINA M. MCDUFFIE, | * |
| individually, JAIMMIE HOWES, | * |
| individually, CHESTER DOBSON, | * |
| individually, KAMAU DICKERSON, | * |
| individually, | * |
| | * |
| Defendants | * |

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day served all parties in this case in accordance with the directives from the Court Notice of Electronic Filing ("NEF"), which was generated as a result of electronic filing.

Submitted this 12th day of February, 2024.

/s/ Richard K. Strickland
Richard K. Strickland
Georgia Bar Number: 687830
**Attorney for Defendants**
**City of Brunswick, Georgia and**
**Regina M. McDuffie**
BROWN, READDICK, BUMGARTNER,
CARTER, STRICKLAND & WATKINS, LLP
5 Glynn Avenue (31520)
Post Office Box 220
Brunswick, GA 31521
(912) 264-8544
(912) 264-9667 FAX
rstrickland@brbcsw.com